SIMON AUGUST et al., Appellants, *v.* THE NATIONAL PARK BANK, OF NEW YORK, Respondent.

(Argued June 19, 1888; decided June 29, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 28, 1888,

which reversed an order of Special Term granting a motion on the part of plaintiff for a reference herein, and which denied said motion.

*James C. Carter* for appellants.

*Francis C. Barlow* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.